UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 JAN 24 AM 9:59

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Docket No.: 08 MJ 0210 |
| | ) | |
| Plaintiff, | ) | BY: _____ DEPUTY |
| | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | |
| Patricio GARCIA-Salmon, | ) | Title 8, U.S.C., Section 1326 |
| | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about **January 23, 2008** within the Southern District of California, defendant, **Patricio GARCIA-Salmon,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **24th** DAY OF **JANUARY 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Patricio GARCIA-Salmon**

## PROBABLE CAUSE STATEMENT

On January 23, 2008, Border Patrol Agent M. Rivera was assigned Border Patrol duties in Jacumba, California. Jacumba, California is located approximately twenty-five miles east of the Tecate, California Port of Entry and adjacent of the United States/Mexico international border. At approximately 7:40 a.m. Agent M. Rivera encountered five individuals attempting to conceal themselves under some brush. Agent M. Rivera approached the individuals and identified herself as a United States Border Patrol Agent, and began to question each individual as to their citizenship. All individuals including one later identified as defendant **Patricio GARCIA- Salmon** stated that they were citizens and nationals of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. All individuals were placed under arrest and transported to the Boulevard Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on December 6, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted to being a citizen and national of Mexico, and that he is present without immigration documents that would allow him to enter or remain in the United States legally.