1  **JANET C. TUNG**
California State Bar No. 231682
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone No. (619) 234-8467
4  Email: holly_sullivan@fd.org

5  Attorneys for Mr. Garcia-Salmon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08MJ0210 |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL** |
| PATRICIO GARCIA-SALMON, | |
| Defendant. | |

    Notice is hereby given by Janet C. Tung, Federal Defenders of San Diego, Inc., that the following document is withdrawn from the record in the above-captioned case:

    Document:    *Notice of Attorney Appearance*

    File Date:    January 29, 2008

    Docket #:    4

    Respectfully submitted,

Dated: January 29, 2008    /s/ *JANET C. TUNG*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Janet_Tung@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 29, 2008                   /S/*JANET C. TUNG*
                                          Federal Defenders of San Diego, Inc.
                                          225 Broadway, Suite 900
                                          San Diego, CA  92101-5030
                                          (619) 234-8467  (tel)
                                          (619) 687-2666  (fax)
                                          Janet_Tung@fd.org (email)